UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| BREONA HALL, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 3:24-cv-349 |
| v. | ) | |
| | ) | Judge Atchley |
| | ) | |
| BARCLAYS BANK DELAWARE, | ) | Magistrate Judge Poplin |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

## ORDER

On December 17, 2024, United States Magistrate Judge Debra C. Poplin filed a Report and Recommendation [Doc. 9 at 2–11] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's federal claims be dismissed and that her state-law breach of contract claim be dismissed without prejudice. [*Id.*]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Poplin's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Poplin's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 9 at 2–11]. Plaintiff's federal claims are hereby **DISMISSED**, and her state-law breach of contract claim is

---

[1] Magistrate Judge Poplin advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. [Doc. 9 at 11 n.4]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

**DISMISSED WITHOUT PREJUDICE**. A separate judgment order will enter. The Clerk is directed to close this case.

    **SO ORDERED.**

                                          */s/ Charles E. Atchley, Jr.*
                                            **CHARLES E. ATCHLEY, JR.**
                                            **UNITED STATES DISTRICT JUDGE**